IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| MARIO LOZANO | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| CITGO PETROLEUM CORPORATION. | § | |
| Defendant. | § | JURY DEMANDED |

## INDEX OF MATTERS BEING FILED

The following is a list of the documents being filed with the Notice of Removal in this action:

1. Docket Sheet, July 6, 2014;

2. Civil Case Information Sheet, April 11, 2014;

3. Plaintiff's Complaint, April 11, 2014;

4. Summons, June 6, 2014;

5. CITGO Petroleum Corporation's *Unopposed* Motion for Extension of Time to Respond to Plaintiff's Complaint and proposed Order, July 7, 2014;

6. Agreed Order Granting Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, July 10, 2014; and

7. Declaration of Gail Berry, July 17, 2014.

Respectfully Submitted,

WEISS SEROTA HELFMAN
PASTORIZA COLE & BONISKE, P.L.

/s/Justin D. Luger
Joseph H. Serota
Florida Bar No. 259111
Primary Email: jserota@wsh-law.com
Secondary: lmartinez@wsh-law.com
Edward G. Guedes
Florida Bar No. 768103
Primary Email: eguedes@wsh-law.com
Secondary Email: szavala@wsh-law.com
Justin D. Luger
Florida Bar No. 0084446
Primary Email: jluger@wsh-law.com
Secondary Email: imunoz@wsh-law.com
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables Florida 33134
Telephone: (305) 854-0800
Facsimile: (305) 854-2323

AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.

/s/ John Zavitsanos
John Zavitsanos
State Bar No. 22251650
Jamie A. Aycock
State Bar No. 24050241
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone:  (713) 655-1101
Facsimile:  (713) 655-0062
jzavitsanos@azalaw.com
jamieaycock@azalaw.com

**ATTORNEYS FOR DEFENDANT
CITGO PETROLEUM CORPORATION**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 17, 2014, a true and correct copy of the above and foregoing document was sent via email, to all counsel of record as follows:

Leslie Holland, Esq.
Law Office of Leslie Holland,
801 N.E. 167th St., Second Floor
North Miami Beach, Florida 33162
Email" lesliehollandlaw@att.net
*Attorneys for Plaintiff Mario Lozano*

WEISS SEROTA HELFMAN
PASTORIZA COLE & BONISKE, P.L.
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables Florida 33134
Telephone: (305) 854-0800
Facsimile: (305) 854-2323

By:/s/Justin D. Luger
     Joseph H. Serota
     Florida Bar No. 259111
     Primary Email: jserota@wsh-law.com
     Secondary: lmartinez@wsh-law.com
     Edward G. Guedes
     Florida Bar No. 768103
     Primary Email: eguedes@wsh-law.com
     Secondary Email: szavala@wsh-law.com
     Justin D. Luger
     Florida Bar No. 0084446
     Primary Email: jluger@wsh-law.com
     Secondary Email: imunoz@wsh-law.com

*4841-2932-6364, v. 1*

3

# Case Detail

Broward County Case Number: **CACE14007024**
Court Type: **Civil Division - Circuit Court**
Incident Date: **N/A**
Court Location: **Central Courthouse**
Magistrate ID / Name: **N/A**

State Reporting Number: **062014CA007024AXXXCE**
Case Type: **Other - Discrimination Employment or Other**
Filing Date: **04/11/2014**
Case Status: **Pending**
Judge ID / Name: **18 Garcia-Wood, Marina**

Style: **Mario Lozano Plaintiff vs. Citgo Petroleum Corporation Defendant**

| Party(ies) | Disposition(s) | Event(s) |
|---|---|---|

**[+] Expand All[-] Collapse All**

[−] Party Detail

| Party Type | Party Name | Address (Per AOSC07-49, only the addresses of counsel can be displayed.) | Attorneys / Address ★Denotes Lead Attorney (Per FL Bar Rule 1-3.3, the most current attorney contact information can be found on the Florida Bar website.) |
|---|---|---|---|
| Plaintiff | Lozano, Mario | | ★Holland, Leslie Phyllis<br>*Retained*<br> Law Office of Leslie Holland<br> 801 NE 167th Street<br> Second Floor<br> North Miami Beach, FL 33162 |
| Defendant | Citgo Petroleum Corporation | | |

[−] Disposition Detail

| There is no disposition information available for this case. |
|---|

[−] Events, Hearings and Orders of the Court

| Date | Description | Additional Text | | |
|---|---|---|---|---|
| 07/10/2014 | **Agreed Order** | UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT/GRANTED | | |
| 07/07/2014 | **Motion for Extension of Time** | TO RESPOND TO PLAINTIFF'S COMPLAINT<br>Party: *Defendant* Citgo Petroleum Corporation | | |
| 06/12/2014 | eSummons Issuance | Party: *Defendant* Citgo Petroleum Corporation | | |
| 06/12/2014 | **Summons Issued Fee** | Payor: LESLIE PHYLLIS HOLLAND ; Userid: CTS-fg/t ; Receipt: 20141FA1A079451; ;<br>Amount:  $10.00 | | |
| 04/15/2014 | **Filing Fee** | Payor: LESLIE PHYLLIS HOLLAND ; Userid: CTS-fg/t ; Receipt: 20141FA1A048369; ;<br>Amount:  $401.00 | | |
| 04/11/2014 | **Civil Cover Sheet** | | | |
| 04/11/2014 | **Complaint (eFiled)** | Party: *Plaintiff* Lozano, Mario | | |
| 04/11/2014 | **No Summons Issued** | | | |

**TAB  1**

Case Number: CACE-14-007024 Division: 18

Filing # 12436096 Electronically Filed 04/11/2014 05:43:10 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statues section 25.075.

I.    **CASE STYLE**

IN THE CIRCUIT COURT OF THE  SEVENTEENTH   JUDICIAL CIRCUIT,
IN AND FOR  BROWARD   COUNTY, FLORIDA

Case No.:_____
Judge: _____

Mario Lozano
Plaintiff
              vs.
Citgo Petroleum Corporation
Defendant

II.    **TYPE OF CASE**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence -- other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability -- commercial
  ☐ Premises liability -- residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure $0 - $50,000
  ☐ Commercial foreclosure $50,001 - $249,999
  ☐ Commercial foreclosure $250,000 or more
  ☐ Homestead residential foreclosure $0 – 50,000
  ☐ Homestead residential foreclosure $50,001 - $249,999
  ☐ Homestead residential foreclosure $250,000 or more
  ☐ Non-homestead residential foreclosure $0 - $50,000
  ☐ Non-homestead residential foreclosure $50,001 - $249,999
  ☐ Non-homestead residential foreclosure $250,00 or more
  ☐ Other real property actions $0 - $50,000

☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
  ☐ Malpractice – business
  ☐ Malpractice – medical
  ☐ Malpractice – other professional
☒ Other
  ☐ Antitrust/Trade Regulation
  ☐ Business Transaction
  ☐ Circuit Civil - Not Applicable
  ☐ Constitutional challenge-statute or ordinance
  ☐ Constitutional challenge-proposed amendment
  ☐ Corporate Trusts
  ☒ Discrimination-employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**TAB 2**

III.    **REMEDIES SOUGHT** (check all that apply):
- ☒  Monetary;
- ☒  Non-monetary
- ☐  Non-monetary declaratory or injunctive relief;
- ☒  Punitive

IV.    **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

<u>One</u>

V.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐  Yes
- ☒  No

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒  No
- ☐  Yes – If "yes" list all related cases by name, case number and court:

<u>No</u>

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒  Yes
- ☐  No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Leslie Phyllis Holland</u>                          FL Bar No.: <u>510688</u>
      Attorney or party                                                          (Bar number, if attorney)

    <u>Leslie Phyllis Holland</u>                                   <u>04/11/2014</u>
    (Type or print name)                                              Date

**TAB 2**

Filing # 12436096 Electronically Filed 04/11/2014 05:43:10 PM

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

MARIO LOZANO,

      **Plaintiff,**

**vs.**                                                                         CASE NO.

CITGO PETROLEUM CORPORATION,                     *CACE-14-007024*

      **Defendant.**

_____/

### COMPLAINT
### (Plaintiff demands trial by jury)

Plaintiff, Mario Lozano, by and through his undersigned counsel, sues Defendant, Citgo

Petroleum Corporation, and alleges:

### Nature of the Case

1. This is an action for damages in excess of $15,000.00 but less than $75,000.00.

2. Plaintiff brings this action to remedy Defendant's retaliation against him, based on his

protected activity, in violation of the Florida Civil Rights Act (FCRA).

3. Plaintiff seeks compensatory and other damages, equitable relief, litigation expenses

and a reasonable attorney's fee.

### Jurisdiction and Venue

4. Plaintiff has complied with all administrative prerequisites under the FCRA.  On or

about July 25, 2012, plaintiff filed with the Florida Commission on Human Relations (FCHR)

EEOC charge of discrimination number 510-2012-04586 , which complained that the Defendant

had retaliated against him because of his opposition to Defendant's discriminatory treatment.

1

**TAB 3**

5.   As Plaintiff's charge remained pending with the FCHR for more than 180 days with no determination by that agency, plaintiff has the right to institute this action under the Florida Civil Rights Act, pursuant to Section 760.11(8).

6.   As the unlawful employment practices complained of herein occurred in Broward County, where Plaintiff was employed, venue is proper in this circuit.

## Parties

7.   At all times material hereto, Plaintiff, a Hispanic male, was employed by Defendant as a Terminal Coordinator.

8.   Defendant, Citgo Petroleum Corporation, a foreign corporation with offices Broward County, Florida, is an employer within the meaning of the Florida Civil Rights Act.  The management employees whose conduct effected Plaintiff in a term, condition or benefit of his employment were, at all times material, agents of Defendant, acting within the scope and course of their agency to effect their treatment of Plaintiff.  Defendant knew, or should have known, of the conduct of its management employees toward Plaintiff, approved of that behavior, acquiesced in it and/or ratified it.

## General Allegations

9.   In or about June 2012, Plaintiff sought a promotion to the position of Assistant Terminal Manager at Defendant's Port Everglades facility.  Plaintiff had been employed for Defendant for twenty years, and he was qualified for this position.

10.  Plaintiff's immediate superior, Theresa Walker, wanted a younger, non-Hispanic terminal coordinator to receive the Assistant Terminal Manager position.  She discouraged Plaintiff in his quest for this position, encouraged him to take another position in Texas, and

**TAB 3**

began to subject him to false and malicious attacks and accusations within moments after he interviewed for the position. Plaintiff's employment record had theretofore been unblemished.

11. Plaintiff believed that the conduct of Walker was discriminatory and, in a written complaint, he expressed to Defendant his opposition to this discriminatory treatment. Approximately one week thereafter, Walker angrily confronted Plaintiff and chastised him for his protected activity. She specifically told him that he was "wrong" to have complained.

12. Within one month thereafter, on July 23, 2012, Plaintiff was placed on a protracted suspension. Plaintiff repeatedly requested a reason for the suspension and no reason was ever given. Plaintiff also received notification that he had not been given the promotion.

## COUNT I/Retaliation in Violation of the Florida Civil Rights Act

Plaintiff repeats each allegation contained in paragraphs 1 through 12, as hereinabove set forth, and further avers.

13. The conduct of Defendant toward Plaintiff was in retaliation for his protected activity, in violation of the Florida Civil Rights Act. Defendant's conduct was engaged in maliciously or in wanton and reckless disregard for the statutory rights of Plaintiff.

14. As a direct, natural, proximate and foreseeable result of the foregoing, Plaintiff has suffered mental anguish, humiliation, loss of enjoyment of life, inconvenience, lost income and he has incurred the costs of this action.

### Prayer for Relief

Plaintiff respectfully requests that this Court grant him the following relief:

a. Find that the acts complained of herein were in violation Plaintiff's rights under the Florida Civil Rights Act;

b. Award Plaintiff compensatory damages;

3

**TAB 3**

c.  Award Plaintiff back pay;

d.  Award Plaintiff prejudgment interest;

e.  Award Plaintiff the costs of this action, plus attorney's fees; and

f.  Grant Plaintiff such further relief as this Court deems necessary and proper.

<u>**Demand for Trial by Jury**</u>

Plaintiff demands a trial by jury on all issues so triable.

LAW OFFICE OF LESLIE HOLLAND
801 NE 167th Street, Second Floor
North Miami Beach, Florida 33162
Tel:  305-455-2040
Fax:  305-455-2050
Lawyer for plaintiff, Mario Lozano

By:     */s/    Leslie Holland*
         Leslie Holland
         Fl. Bar No. 510688

4

**TAB  3**

 **CT Corporation**

**Service of Process Transmittal**
06/17/2014
CT Log Number 525159283

TO: Stephen J Bednar, Ast. Gen. Csl.
Citgo Petroleum Corporation
1293 Eldridge Parkway
Houston, TX 77077

RE: **Process Served in Florida**

FOR: Citgo Petroleum Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mario Lozano, Pltf. vs. Citgo Petroleum Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment |
| **COURT/AGENCY:** | Broward County Circuit Court, FL<br>Case # CACE14007024 |
| **NATURE OF ACTION:** | Employee Litigation - Discrimination - On the basis of race -retaliation for filing complaint |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/17/2014 at 14:00 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Leslie Holland<br>Law Office of Leslie Holland<br>801 NE 167th Street<br>Second Floor<br>North Miami Beach, FL 33162<br>305-455-2040 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/18/2014, Expected Purge Date: 06/23/2014<br>Image SOP<br>Email Notification, Sherry Kalas skalas@citgo.com<br>Email Notification, Angela Daniels adaniel@citgo.com<br>Email Notification, April Dickson adickso@citgo.com<br>Email Notification, Records Department records@citgo.com<br>Email Notification, Stephen J Bednar JBEDNAR@CITGO.COM<br>Email Notification, Leah Center lcenter@citgo.com<br>Email Notification, Judith Colbert jcolbe1@citgo.com<br>Email Notification, Janet Retif jretif@citgo.com<br>Email Notification, Nina Mata smata@citgo.com<br>Email Notification, Natasha Williams nwilli3@CITGO.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of  1 / SG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**TAB 3**

Filing # 14730426 Electronically Filed 06/12/2014 11:29:22 AM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

MARIO LOZANO,

     Plaintiff,

vs.                              CASE NO.  CACE-14-007024

CITGO PETROLEUM CORPORATION,

     Defendant.

_____/

**SUMMONS**

6|17|14
200P
AC26 0

THE STATE OF FLORIDA:

To Each Sheriff of the State:

     YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on the Defendant:

     Citgo Petroleum Corporation
     by serving CT Corporation System, Registered Agent
     1200 S. Pine Island Road
     Plantation, FL 33324

     Each defendant is required to serve written defenses to the complaint on LESLIE HOLLAND, ESQ., plaintiff's attorney, whose address is 801 NE 167TH STREET, SECOND FLOOR, NORTH MIAMI BEACH, FLORIDA 33162, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

     DATED ON _     JUN 12 2014

     (Name of Clerk)

     As Clerk of the Court

     By _____
          As Deputy Clerk

Filing # 15622275 Electronically Filed 07/07/2014 04:37:57 PM

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: CACE-14-007024

MARIO LOZANO,

      Plaintiff,

v.

CITGO PETROLEUM CORPORATION,

      Defendant.

_____/

### CITGO PETROLEUM CORPORATION'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, CITGO Petroleum Corporation ("CITGO"), by and through its undersigned counsel, moves without opposition for an extension of time within which to respond to the complaint in this action.

1.     On June 17, 2014, the plaintiff served the complaint on CITGO.  As such, a response to the complaint is due no later than July 7, 2014.

2.     In light of its counsel just being retained, CITGO requires an additional 14 days, up to and including July 21, 2014, to file a response to the complaint.

3.     Prior to the filing of this motion, counsel for CITGO contacted the plaintiff's counsel regarding this request for additional time, who advised that they have no objection to CITGO's request herein.

4.     This motion is being filed in good faith and not to unnecessarily delay the proceedings in this matter.  No prejudice will accrue to any party.

**TAB 5**

CASE NO: CACE-14-007024

5.      CITGO's proposed Agreed Order, which has been reviewed and approved by opposing counsel, is attached hereto as Exhibit "A."

**WHEREFORE,** CITGO Petroleum Corporation respectfully requests that the Court grant this unopposed motion and enter the agreed order, allowing CITGO until July 21, 2014 to respond to the complaint.

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the foregoing has been furnished via e-mail this _7th_ day of July, 2014 to: **Leslie Holland Esq.,** Law Office of Leslie Holland, Counsel for Plaintiff (lesliehollandlaw@att.net), 801 N.E. 167th St., Second Floor, North Miami Beach, Florida 33162; **Jamie A. Aycock, Esq.,** Ahmad Zavitsanos Anaipakos Alavi Mensing, 1221 McKinney, Suite 3460, Houston, Texas 77010.

WEISS SEROTA HELFMAN
PASTORIZA COLE & BONISKE, P.L.
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables, Florida 33134
Telephone: (305) 854-0800
Facsimile: (305) 854-2323

By:    _/s/ Joseph H. Serota_
       JOSEPH H. SEROTA
       Florida Bar No. 259111
       Primary Email: jserota@wsh-law.com
       Secondary: lmartinez@wsh-law.com
       EDWARD G. GUEDES
       Florida Bar No. 768103
       Primary Email: eguedes@wsh-law.com
       Secondary Email: szavala@wsh-law.com
       JUSTIN D. LUGER
       Florida Bar No.: 0084446
       Primary Email: jluger@wsh-law.com
       Secondary Email: imunoz@wsh-law.com

       *Counsel for CITGO Petroleum Corporation*

**TAB 5**

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: CACE-14-007024

MARIO LOZANO,

       Plaintiff,

v.

CITGO PETROLEUM CORPORATION,

       Defendant.

_____/

## AGREED ORDER GRANTING UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS CAUSE** having come before the Court on defendant, CITGO Petroleum

Corporation's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint

("Motion"), and the Court being advised that the plaintiff does not object to the motion, and

being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Defendant

CITGO Petroleum Corporation shall respond to the complaint on or before July 21, 2014.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this

_____ day of _____, 2014.


_____
CIRCUIT JUDGE

Copies to:    all counsel of record



**EXHIBIT "A"**

**TAB 5**

**** FILED: BROWARD COUNTY, FL  Howard C. Forman, CLERK 7/10/2014 4:24:46 PM.****

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: CACE-14-007024

MARIO LOZANO,

      Plaintiff,

v.

CITGO PETROLEUM CORPORATION,

      Defendant.

_____/

### AGREED ORDER GRANTING UNOPPOSED MOTION FOR
### EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

    **THIS CAUSE** having come before the Court on defendant, CITGO Petroleum

Corporation's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint

("Motion"), and the Court being advised that the plaintiff does not object to the motion, and

being otherwise fully advised in the premises, it is:

    **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Defendant

CITGO Petroleum Corporation shall respond to the complaint on or before July 21, 2014.

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this

10th day of July , 2014.

_____
CIRCUIT JUDGE

Copies to:    all counsel of record

**TAB 6**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | | |
|---|---|---|
| MARIO LOZANO | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION |
| | § | |
| CITGO PETROLEUM CORPORATION. | § | |
| Defendant. | § | JURY DEMANDED |

## DECLARATION OF GAIL BERRY

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

1. My name is GAIL BERRY. My date of birth is ██████1955, and my address is 218 S. Shawnee St. Catoosa, OK 74015. I declare under penalty of perjury that the statements in this declaration are true and correct and are based on my personal knowledge.

2. I am over the age of 21. I have never been convicted of a felony or crime involving moral turpitude. I am of sound mind and am fully competent to make this declaration.

3. I have worked as a Corporate Payroll Manager at CITGO Petroleum Corporation ("CITGO") since 1999. By virtue of my position, I am familiar with the electronic system for accessing and inputting data for salary and bonuses for CITGO employees.

4. I am a custodian of records for CITGO, including related to data for salary and bonuses and other human resources information for CITGO employees, including the data included in the attached Exhibits A through C. These records are kept by CITGO in the regular course of business, and it was the regular course of business of CITGO for an employee or representative of CITGO with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or transmit information thereof to be included in such record; and the record was made at or near the time reasonably soon thereafter. The records attached hereto are the exact duplicates of the original printouts from the electronic system.

5. Exhibit A is a true and accurate copy of a printout from CITGO's system of salary and bonus information for Lozano for 2012-14.

6. Exhibit B is a true and accurate copy of a printout from CITGO's system of salary and bonus information for Michael English, who served as Assistant Terminal Manager

**TAB 7**

("ATM") at CITGO's Port Everglades facility between July 16, 2012 and July 31, 2013.

7. Exhibit C is a true and accurate copy of a printout from CITGO's system of salary and bonus information for Lennar Perez, who has been serving as ATM at CITGO's Port Everglades facility since November 16, 2013.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Houston, Texas on this 17th day of July 2014.

_Gail Berry_

Gail Berry

4821-6514-7420, v. 1

**TAB 7**



```
Name                          Company Code      Personnel No.                  Period End      Check Date     Check No.
MARIO LOZANO                     1037            00011264                       07/15/2012      07/13/2012
```

| Earnings | Rate | Hours | Current | Year-to-Date | | Tax Withholding | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Sal Base | | 80.00 | 2,807.50 | 36,497.50 | . | FED   W/H    EE | 644.78- | 6,271.90- |
| BonusSal | | | | 3,369.00 | . | FED   OASDI EE | 198.03- | 2,144.21- |
| PrzAGrUp | | | | 216.30 | . | FED   MedcarEE | 68.36- | 740.26- |
| SaOT1.5x | 48.5895 | 40.00 | 1,943.58 | 10,155.20 | . | Total Taxes | 911.17- | 9,156.37- |
| SpOTSal | | | | 1,282.81 | . | | | |
| Total Earnings | | | 4,751.08 | 51,520.81 | . | Taxable Gross | | |
| | | | | | . | EEGTLTax | 33.11 | 430.43 |
| | | | | | . | FED   W/H tax | 4,239.96 | 45,922.22 |
| | | | | | . | FED   OASDI EE | 4,715.07 | 51,052.68 |
| | | | | | . | FED   Medic EE | 4,715.07 | 51,052.68 |
| | | | | | . | | | |
| | | | | | . | Deductions | | |
| | | | | | . | RASPBTx | 475.11- | 5,130.46- |
| | | | | | . | SaLifBTx | 14.62- | 190.06- |
| | | | | | . | SaMedBTx | 50.50- | 656.50- |
| | | | | | . | SDentBTx | 4.00- | 52.00- |
| | | | | | . | PAOffSet | | 150.00- |
| | | | | | . | DpCredU1 | 50.00- | 350.00- |
| | | | | | . | DpCredU2 | | 300.00- |
| | | | | | . | Total Deductions | 594.23- | 6,829.02- |
| | | | | | . | | | |
| | | | | | . | Net Pay | 3,245.68 | |

**EXHIBIT A**

**TAB 7**


CITGO

| Name | | Company Code | | Personnel No. | | Period End | Check Date | Check No. |
|------|--|--------------|--|---------------|--|------------|-----------|-----------|
| MARIO LOZANO | | 1037 | | 00011264 | | 12/31/2012 | 12/31/2012 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | | Current | Year-to-Date |
|----------|------|-------|---------|--------------|-----------------|--|--|---------|--------------|
| Sal Base | 88.00 | | 2,863.75 | 67,942.50 | . FED | W/H | EE | 294.39- | 11,582.49- |
| BonusSal | | | | 6,806.00 | . FED | OASDI EE | | 118.78- | 3,912.18- |
| PrzAGrUp | | | | 504.69 | . FED | MedcarEE | | 41.01- | 1,350.63- |
| SaOT1.5x | | | | 17,471.05 | . Total Taxes | | | 454.18- | 16,845.30- |
| SpOTSal | | | | 1,282.81 | . | | | | |
| Total Earnings | | | 2,863.75 | 94,007.05 | . Taxable Gross | | | | |
| | | | | | . | EEGTLTax | | 33.76 | 801.14 |
| | | | | | . FED | W/H tax | | 2,541.79 | 83,796.83 |
| | | | | | . FED | OASDI EE | | 2,828.17 | 93,147.11 |
| | | | | | . FED | Medic EE | | 2,828.17 | 93,147.11 |
| | | | | | . | | | | |
| | | | | | . Deductions | | | | |
| | | | | | . RASPBTx | | | 286.38- | 9,350.28- |
| | | | | | . SaLifBTx | | | 14.84- | 353.08- |
| | | | | | . SaMedBTx | | | 50.50- | 1,212.00- |
| | | | | | . SDentBTx | | | 4.00- | 96.00- |
| | | | | | . PAOffSet | | | | 350.00- |
| | | | | | . DpCredU1 | | | | 600.00- |
| | | | | | . DpCredU2 | | | 50.00- | 600.00- |
| | | | | | . Total Deductions | | | 405.72- | 12,561.36- |
| | | | | | . | | | | |
| | | | | | . Net Pay | | | 2,003.85 | |

EXHIBIT A
TAB 7



| Name | Company Code | Personnel No. | | Period End | Check Date | Check No. |
|------|-------------|---------------|--|-----------|-----------|-----------|
| MARIO LOZANO | 1037 | 00011264 | | 12/31/2013 | 12/31/2013 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | Current | Year-to-Date |
|----------|------|-------|---------|--------------|-----------------|---------|--------------|
| Sal Base | 96.00 | | 2,942.50 | 69,360.00 | . FED   W/H   EE | 302.67- | 10,349.12- |
| BonusSal | | | | 3,028.00 | . FED   OASDI EE | 180.16- | 5,591.57- |
| SaOT1.5x | | | | 17,411.58 | . FED   MedcarEE | 42.14- | 1,307.71- |
| SpOTSal | | | | 1,282.11 | . Total Taxes | 524.97- | 17,248.40- |
| Total Earnings | | | 2,942.50 | 91,081.69 | . | | |
| | | | | | . Taxable Gross | | |
| | | | | | .     EEGTLTax | 35.05 | 820.56 |
| | | | | | . FED   W/H tax | 2,611.53 | 81,078.45 |
| | | | | | . FED   OASDI EE | 2,905.78 | 90,186.65 |
| | | | | | . FED   Medic EE | 2,905.78 | 90,186.65 |
| | | | | | . | | |
| | | | | | . Deductions | | |
| | | | | | . RASPBTx | 294.25- | 9,108.20- |
| | | | | | . SaLifBTx | 15.27- | 359.60- |
| | | | | | . SaMedBTx | 52.50- | 1,260.00- |
| | | | | | . SDentBTx | 4.00- | 96.00- |
| | | | | | . DpCredU1 | | 600.00- |
| | | | | | . DpCredU2 | 50.00- | 600.00- |
| | | | | | . Total Deductions | 416.02- | 12,023.80- |
| | | | | | . | | |
| | | | | | . Net Pay | 2,001.51 | |

EXHIBIT A

TAB 7



| Name | | Company Code | Personnel No. | | Period End | Check Date | Check No. |
|------|---|--------------|---------------|---|------------|------------|-----------|
| MARIO LOZANO | | 1037 | 00011264 | | 07/15/2014 | 07/15/2014 | |

| Earnings | Rate | Hours | Current | Year-to-Date | | Tax Withholding | | Current | Year-to-Date |
|----------|------|-------|---------|--------------|---|-----------------|---|---------|--------------|
| Sal Base | 88.00 | | 2,942.50 | 38,252.50 | . | FED W/H EE | | 303.54- | 4,951.76- |
| BonusSal | | | | 2,632.00 | . | FED OASDI EE | | 181.16- | 2,715.72- |
| PrzAGrUp | | | | 222.72 | . | FED MedcarEE | | 42.37- | 635.13- |
| SaOT1.5x | | | | 1,833.33 | . | Total Taxes | | 527.07- | 8,302.61- |
| Sa OT 1x | | | | 101.85 | . | | | | |
| SpOTSal | | | | 1,025.79 | . | Taxable Gross | | | |
| Total Earnings | | | 2,942.50 | 44,068.19 | . | EEGTLTax | | 53.79 | 699.27 |
| | | | | | . | FED W/H tax | | 2,627.77 | 39,417.40 |
| | | | | | . | FED OASDI EE | | 2,922.02 | 43,801.95 |
| | | | | | . | FED Medic EE | | 2,922.02 | 43,801.95 |
| | | | | | . | | | | |
| | | | | | . | Deductions | | | |
| | | | | | . | RASPBTx | | 294.25- | 4,384.55- |
| | | | | | . | SaLifBTx | | 15.27- | 198.51- |
| | | | | | . | SaMedBTx | | 55.00- | 715.00- |
| | | | | | . | SDentBTx | | 4.00- | 52.00- |
| | | | | | . | PAOffSet | | | 150.00- |
| | | | | | . | DpCredU1 | | 50.00- | 350.00- |
| | | | | | . | DpCredU2 | | | 300.00- |
| | | | | | . | Total Deductions | | 418.52- | 6,150.06- |
| | | | | | . | | | | |
| | | | | | . | Net Pay | | 1,996.91 | |

**EXHIBIT A**

**TAB 7**



```
Name                    Company Code      Personnel No.              Period End      Check Date      Check No.
MICHAEL ENGLISH            1037            00010847                   07/15/2012      07/13/2012


Earnings        Rate      Hours      Current    Year-to-Date    Tax Withholding              Current      Year-to-Date
Sal Base                  80.00    3,067.92     39,882.96    .   FED   W/H    EE            1,254.27-      11,449.95-
BonusSal                                         3,681.00    .   FED   OASDI EE               232.78-       3,042.28-
PrzAGrUp                                         1,946.66    .   FED   MedcarEE                80.36-       1,050.31-
SaOT1.5x      53.0966    47.50    2,522.09      25,101.40    .   Total Taxes              1,567.41-      15,542.54-
SpOTSal                                          2,443.88    .
Total Earnings                   5,590.01      73,055.90    .   Taxable Gross
                                                            .            EEGTLTax               7.35          95.55
                                                            .   FED   W/H  tax            5,542.26      55,435.15
                                                            .   FED   OASDI EE            5,542.26      72,435.15
                                                            .   FED   Medic EE            5,542.26      72,435.15
                                                            .
                                                            .   Deductions
                                                            .   RASPBTx                                 17,000.00-
                                                            .   SPrAcBTx                    0.60-            7.80-
                                                            .   SaMedBTx                   50.50-          656.50-
                                                            .   SDentBTx                    4.00-           52.00-
                                                            .   PAOffSet                                   1,350.00-
                                                            .   RASPATx                   111.80-        1,422.19-
                                                            .   DpCredU1                  325.00-        2,275.00-
                                                            .   DpCredU2                                 1,950.00-
                                                            .   Total Deductions          491.90-       24,713.49-
                                                            .
                                                            .   Net Pay                 3,530.70
                                                            .
                                                            .
                                                            .
                                                            .
                                                            .
                                                            .
                                                            .
                                                            .
                                                            .
                                                            .
                                                            .
                                                            .
                                                            .
                                                            .
```

EXHIBIT B

TAB 7



| Name | | Company Code | Personnel No. | | Period End | Check Date | Check No. |
|------|--|--------------|---------------|--|-----------|-----------|-----------|
| MICHAEL ENGLISH | | 1037 | 00010847 | | 12/31/2012 | 12/31/2012 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | Current | Year-to-Date |
|----------|------|-------|---------|--------------|-----------------|--|---------|--------------|
| Sal Base | | 88.00 | 3,505.00 | 78,369.04 | . FED  W/H   EE | | 676.91- | 19,500.51- |
| BonusSal | | | | 3,681.00 | . FED  OASDI EE | | 36.31- | 4,624.20- |
| PrzAGrUp | | | | 2,235.05 | . FED  MedcarEE | | 50.16- | 1,634.07- |
| SaOT1.5x | | | | 27,093.59 | . Total Taxes | | 763.38- | 25,758.78- |
| SpOTSal | | | | 2,443.88 | . | | | |
| Total Earnings | | | 3,505.00 | 113,822.56 | . Taxable Gross | | | |
| | | | | | .       EEGTLTax | | 9.00 | 194.25 |
| | | | | | . FED  W/H tax | | 3,458.90 | 95,694.41 |
| | | | | | . FED  OASDI EE | | 864.49 | 110,100.00 |
| | | | | | . FED  Medic EE | | 3,458.90 | 112,694.41 |
| | | | | | . | | | |
| | | | | | . Deductions | | | |
| | | | | | . RASPBTx | | | 17,000.00- |
| | | | | | . SPrAcBTx | | 0.60- | 14.40- |
| | | | | | . SaMedBTx | | 50.50- | 1,212.00- |
| | | | | | . SDentBTx | | 4.00- | 96.00- |
| | | | | | . PAOffSet | | | 1,550.00- |
| | | | | | . RASPATx | | 70.10- | 2,231.76- |
| | | | | | . DpCredU1 | | | 3,900.00- |
| | | | | | . DpCredU2 | | 325.00- | 3,900.00- |
| | | | | | . Total Deductions | | 450.20- | 29,904.16- |
| | | | | | . | | | |
| | | | | | . Net Pay | | 2,291.42 | |

**EXHIBIT B**

**TAB 7**



CITGO

| Name | Company Code | Personnel No. | | Period End | Check Date | Check No. |
|------|--------------|---------------|---|------------|------------|-----------|
| MICHAEL ENGLISH | 1037 | 00010847 | | 07/31/2013 | 07/31/2013 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | Current | Year-to-Date |
|----------|------|-------|---------|--------------|-----------------|---|---------|--------------|
| Sal Base | | 96.00 | 3,505.00 | 49,070.00 | FED | W/H    EE | 558.96- | 7,995.81- |
| BonusSal | | | | 990.00 | FED | OASDI EE | 214.62- | 3,088.54- |
| SpOTSal | | | | 361.43 | FED | MedcarEE | 50.19- | 722.32- |
| Total Earnings | | | 3,505.00 | 50,421.43 | Total Taxes | | 823.77- | 11,806.67- |
| | | | | | | | | |
| | | | | | Taxable Gross | | | |
| | | | | | | EEGTLTax | 13.80 | 193.20 |
| | | | | | FED | W/H tax | 3,006.05 | 43,436.13 |
| | | | | | FED | OASDI EE | 3,461.70 | 49,815.23 |
| | | | | | FED | Medic EE | 3,461.70 | 49,815.23 |
| | | | | | | | | |
| | | | | | Deductions | | | |
| | | | | | RASPBTx | | 455.65- | 6,379.10- |
| | | | | | SPrAcBTx | | 0.60- | 8.40- |
| | | | | | SaMedBTx | | 52.50- | 735.00- |
| | | | | | SDentBTx | | 4.00- | 56.00- |
| | | | | | RSP Loan | | 347.83- | 2,782.64- |
| | | | | | DpCredU1 | | | 2,275.00- |
| | | | | | DpCredU2 | | 325.00- | 2,275.00- |
| | | | | | Total Deductions | | 1,185.58- | 14,511.14- |
| | | | | | | | | |
| | | | | | Net Pay | | 1,495.65 | |

EXHIBIT B
TAB 7

CITGO

| Name | Company Code | Personnel No. | Period End | Check Date | Check No. |
|---|---|---|---|---|---|
| LENNAR PEREZ | 1037 | 00051848 | 11/15/2013 | 11/15/2013 | |

| Earnings | Rate | Hours | Current | Year-to-Date |
|---|---|---|---|---|
| Sal Base | | 88.00 | 3,989.17 | 80,299.13 |
| Well Fit | | | | 500.00 |
| BonusSal | | | | 9,895.00 |
| Total Earnings | | | 3,989.17 | 90,694.13 |

| Tax Withholding | Current | Year-to-Date |
|---|---|---|
| FED W/H EE | 338.69- | 9,179.43- |
| FED OASDI EE | 229.29- | 5,243.39- |
| FED MedcarEE | 53.63- | 1,226.28- |
| MA W/H EE | 156.93- | 3,607.47- |
| Total Taxes | 778.54- | 19,256.57- |

| Taxable Gross | Current | Year-to-Date |
|---|---|---|
| EEGTLITax | 27.99 | 562.67 |
| EEGTLITax | 0.95 | 19.95 |
| FED W/H tax | 3,339.18 | 77,306.15 |
| FED OASDI EE | 3,698.21 | 84,570.85 |
| FED Medic EE | 3,698.21 | 84,570.85 |
| MA W/H tax | 3,339.18 | 77,306.15 |

| Deductions | Current | Year-to-Date |
|---|---|---|
| RASFBTx | 359.03- | 7,264.70- |
| SaLifBTx | 14.40- | 290.40- |
| SFrAcBTx | 9.75- | 204.75- |
| SaMedBTx | 16.50- | 346.50- |
| SDentBTx | 10.50- | 220.50- |
| SaHSABTx | 268.75- | 5,643.75- |
| SDLifATx | 8.28- | 173.88- |
| Total Deductions | 687.21- | 14,144.48- |

| Net Pay | 2,523.42 |
|---|---|

**EXHIBIT C**

**TAB 7**



| Name | | | | | Company Code | | Personnel No. | | | Period End | | Check Date | | Check No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LENNAR PEREZ | | | | | 1037 | | 00051848 | | | 12/31/2013 | | 12/31/2013 | | |

| Earnings | Rate | Hours | Current | Year-to-Date | | Tax Withholding | Current | Year-to-Date |
|---|---|---|---|---|---|---|---|---|
| Sal Base | 96.00 | 4,388.08 | | 93,463.37 | . FED | W/H    EE | 445.54- | 22,617.60- |
| Well Fit | | | | 500.00 | . | OASDI EE | | 7,049.40- |
| MovMGrUp | | | | 12,050.03 | . FED | MedcarEE | 63.33- | 1,990.64- |
| COLAllow | | | | 22,316.00 | . | W/H    EE | | 3,607.47- |
| SerRcdNP | | | | 54.39 | . Total Taxes | | 508.87- | 35,265.11- |
| BonusSal | | | | 15,493.00 | . | | | |
| Total Earnings | | | 4,388.08 | 143,876.79 | . Taxable Gross | | | |
| | | | | | . | EEGTLTax | 31.14 | 656.09 |
| | | | | | . | EDGTLTax | 0.95 | 22.80 |
| | | | | | . FED | W/H tax | 3,972.59 | 128,836.09 |
| | | | | | . | OASDI EE | | 113,700.00 |
| | | | | | . FED | Medic EE | 4,367.52 | 137,285.58 |
| | | | | | . | W/H tax | | 77,306.15 |
| | | | | | . | | | |
| | | | | | . Deductions | | | |
| | | | | | . RASPBTx | | 394.93- | 8,449.49- |
| | | | | | . SaLifBTx | | 15.90- | 338.10- |
| | | | | | . SPrAcBTx | | 9.75- | 234.00- |
| | | | | | . SaMedBTx | | 16.50- | 396.00- |
| | | | | | . SDentBTx | | 10.50- | 252.00- |
| | | | | | . SaHSABTx | | | 6,050.00- |
| | | | | | . SROffSet | | | 40.00- |
| | | | | | . MEOffSet | | | 8,333.00- |
| | | | | | . SDLifATx | | 8.28- | 198.72- |
| | | | | | . Total Deductions | | 455.86- | 24,291.31- |
| | | | | | . | | | |
| | | | | | . Net Pay | | 3,423.35 | |

EXHIBIT C
TAB 7



| Name | | | | | Period End | Check Date | Check No. |
|------|--|--|--|--|-----------|-----------|----------|
| LENNAR PEREZ | | Company Code 1037 | | Personnel No. 00051848 | 07/15/2014 | 07/15/2014 | |

| Earnings | Rate | Hours | Current | Year-to-Date | Tax Withholding | | Current | Year-to-Date |
|----------|------|-------|---------|--------------|-----------------|--|---------|--------------|
| Sal Base | 88.00 | | 4,388.08 | 57,045.04 | . FED   W/H   EE | | 403.01- | 9,639.03- |
| BonusSal | | | | 16,814.00 | . FED   OASDI EE | | 253.69- | 4,395.71- |
| PrzAGrUp | | | | 890.87 | . FED   MedcarEE | | 59.33- | 1,028.03- |
| Total Earnings | | | 4,388.08 | 74,749.91 | . Total Taxes | | 716.03- | 15,062.77- |
| | | | | | . | | | |
| | | | | | . Taxable Gross | | | |
| | | | | | .        EEGTLTax | | 31.14 | 404.82 |
| | | | | | .        EDGTLTax | | 0.95 | 12.35 |
| | | | | | . FED   W/H tax | | 3,784.65 | 66,729.80 |
| | | | | | . FED   OASDI EE | | 4,091.82 | 70,898.53 |
| | | | | | . FED   Medic EE | | 4,091.82 | 70,898.53 |
| | | | | | . | | | |
| | | | | | . Deductions | | | |
| | | | | | . RASPBTx | | 307.17- | 4,168.73- |
| | | | | | . SaLifBTx | | 21.20- | 275.60- |
| | | | | | . SPrAcBTx | | 9.75- | 126.75- |
| | | | | | . SaMedBTx | | 13.00- | 169.00- |
| | | | | | . SDentBTx | | 11.50- | 149.50- |
| | | | | | . SaHSABTx | | 272.90- | 3,547.70- |
| | | | | | . Vol Ded | | 8.25- | 107.25- |
| | | | | | . PAOffSet | | | 600.00- |
| | | | | | . SDLifATx | | 8.28- | 107.64- |
| | | | | | . Total Deductions | | 652.05- | 9,252.17- |
| | | | | | . | | | |
| | | | | | . Net Pay | | 3,020.00 | |

**EXHIBIT C**

**TAB 7**