IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. NO. 14-61648-CIV-DIMITROULEAS

MARIO LOZANO,

    Plaintiff,

v.                                JURY DEMANDED

CITGO PETROLEUM CORPORATION,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The parties hereby notify the Court that, pursuant to paragraph 5 of the Court's Order Requiring Counsel to Meet, File Joint Scheduling Report and Joint Discovery Report [ECF No. 3], they have reached an amicable settlement and signed settlement documents in this action.

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014, a true and correct copy of the above and foregoing document was filed via CM/ECF, to all counsel of record as follows:

Leslie Holland, Esq.
Law Office of Leslie Holland,
801 N.E. 167th St., Second Floor
North Miami Beach, Florida 33162
Email: lesliehollandlaw@att.net
*Attorneys for Plaintiff Mario Lozano*

Respectfully Submitted,

WEISS SEROTA HELFMAN
PASTORIZA COLE & BONISKE, P.L.

*/s/ Justin D. Luger*
Joseph H. Serota
Florida Bar No. 259111
Primary Email: jserota@wsh-law.com
Secondary: lmartinez@wsh-law.COM
Edward G. Guedes
Florida Bar No. 768103
Primary Email: eguedes@wsh-law.com
Secondary Email: szavala@wsh-law.com
Justin D. Luger
Florida Bar No. 0084446
Primary Email: jluger@wsh-law.com
Secondary Email: imunoz@wsh-law.com
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables Florida 33134
Telephone: (305) 854-0800
Facsimile: (305) 854-2323

AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.

*/s/ John Zavitsanos*
John Zavitsanos
State Bar No. 22251650
Jamie A. Aycock
State Bar No. 24050241
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone:  (713) 655-1101
Facsimile:  (713) 655-0062
jzavitsanos@azalaw.com
jamieaycock@azalaw.com

**ATTORNEYS FOR DEFENDANT
CITGO PETROLEUM CORPORATION**